SEARCH WARRANT RETURN (REV. 03/13)

# RETURN

Case No.: 22-04802MB

☒ FILED  ☐ LODGED
**Sep 01 2022**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 8/26/22 | 8/31/22 @ 9:30am | Forward to U.S. Attorney's Office for disclosure |

**INVENTORY MADE IN THE PRESENCE OF**
Louis K. Gorczyca

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**
Forensic download of phones designated in warrant

## NOT EXECUTED

☐ This Warrant was Not Executed.
(check this box if the warrant was never executed and leave the sections above blank.)

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 9/1/2022

_Executing Officer's Signature_

Louis K. Gorczyca   BPA
Printed Name and Title